LOUISE BUSCHER, Respondent, *v.* JOHN B. GORMAN, as Supervisor of Roman Catholic Cemeteries, Diocese of Brooklyn, et al., Appellants.

(Argued February 15, 1932; decided March 3, 1932.)

*Franklin M. Tomlin* for appellants.
*Henry Waldman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, KELLOGG and HUBBS, JJ. CRANE and O'BRIEN, JJ., dissent as to the two bodies interred in the defendant cemetery. Not sitting: LEHMAN, J.